Certificate Number: 03088-CAC-CC-005383616

# CERTIFICATE OF COUNSELING

I CERTIFY that on November 11, 2008        , at 4:16            o'clock PM CST            ,

Anthony J Haworth                                    received from

Debt Education and Certification Foundation                                                ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Central District of California                    , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared        . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone            .


Date: November 11, 2008            By    /s/Cruz Villarreal

                                  Name   Cruz Villarreal

                                  Title  Counselor


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).