B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Central District of California

In re   **Anthony Joseph Haworth,**
**Zahra Khalili Haworth**

Case No.   __1:08-bk-19009-GM__

_____,
                                    Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 137,176.12 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 5,144,995.04 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 22,625,992.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 300.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| | | Total Assets | 137,176.12 | | |
| | | Total Liabilities | | 27,770,987.72 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Central District of California

In re  **Anthony Joseph Haworth,**
**Zahra Khalili Haworth**

Case No.  **1:08-bk-19009-GM**

Debtors ,

Chapter  **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **3,500,000.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **1,614,851.75** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **0.00** |
| Student Loan Obligations (from Schedule F) | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **0.00** |
| TOTAL | **5,114,851.75** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **300.00** |
| Average Expenses (from Schedule J, Line 18) | **0.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | **0.00** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | **5,144,995.04** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **0.00** |
| 4. Total from Schedule F | | **22,625,992.68** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **22,625,992.68** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re    **Anthony Joseph Haworth,**                                        Case No.  **1:08-bk-19009-GM**

      **Zahra Khalili Haworth**

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

|  |  |  |  |
| --- | --- | --- | --- |
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Anthony Joseph Haworth,**
       **Zahra Khalili Haworth**
                                                                                              Case No.  **1:08-bk-19009-GM**
                                                   Debtors                          ,

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | cash on hand | C | 100.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | used household goods of debtors, none of which individually is worth more than $475. | C | 475.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | Debtor's wardrobe (includes 50 custom-made suits and 100+ custom-made shirts, and 250 pairs of shoes) | C | 10,000.00 |
| | | | Debtor spouse wardobe | C | 5,000.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **15,575.00**
(Total of this page)

  **3**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Anthony Joseph Haworth,**    Case No.   **1:08-bk-19009-GM**
         **Zahra Khalili Haworth**
_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% of shares of International Mortgage Company | C | 1.00 |
| | | 100% of the shares of International Title Company | C | 1.00 |
| | | 100% of shares of International Realty Company | C | 1.00 |
| | | 100% of the shares of International Escrow | C | 1.00 |
| | | 100% of the shares of Haworth & Associates, Inc. | C | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Abstract of Judgment | C | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Small claims judgment against Enrique Martinez | C | 2,260.00 |
| | | Judgment against Christian Hae Pak, dba 20th Fund One | C | 112,534.12 |
| | | Small Claims judgment against Annette Sophia Thomp | C | 5,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >    **119,799.12**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Anthony Joseph Haworth,**
    **Zahra Khalili Haworth**
                                                    Case No.   **1:08-bk-19009-GM**

                            Debtors              ,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Real estate agent license with California Department of Real Estate** | C | 1.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Approximately 30 file cabinets in storage from Debtor's mortgage and escrow company businesses and in the Debtor's custody, although they are the property of the broker, Jeremy Esquivel.  Debtor has contacted Mr. Esquivel both by telephone and mail and requested that he take custody of them.  Note:  none of the Debtor's other business ever generated any customer data.** | C | 1.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Dell Desktop computer, printer, 3-4 years old** | C | 200.00 |
| | | **3-4000 law books acquired from a retired judge 7 years ago** | C | 1,500.00 |
| | | **Spouse's office computer (Dell), no printer; 6 years old** | C | 100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

                                        Sub-Total >         **1,802.00**
                                        (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Anthony Joseph Haworth,**                                    Case No.   **1:08-bk-19009-GM**
       **Zahra Khalili Haworth**
                                                      ,
                                            Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **137,176.12** |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Anthony Joseph Haworth,**                                    Case No.  **1:08-bk-19009-GM**
      **Zahra Khalili Haworth**
                                        Debtors,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| cash on hand | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Household Goods and Furnishings** | | | |
| used household goods of debtors, none of which individually is worth more than $475. | C.C.P. § 703.140(b)(3) | 475.00 | 475.00 |
| **Wearing Apparel** | | | |
| Debtor's wardrobe (includes 50 custom-made suits and 100+ custom-made shirts, and 250 pairs of shoes) | C.C.P. § 703.140(b)(3) | 10,000.00 | 10,000.00 |
| Debtor spouse wardobe | C.C.P. § 703.140(b)(3) | 5,000.00 | 5,000.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Judgment against Christian Hae Pak, dba 20th Fund One | C.C.P. § 703.140(b)(5) | 21,725.00 | 112,534.12 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Dell Desktop computer, printer, 3-4 years old | C.C.P. § 703.140(b)(6) | 200.00 | 200.00 |
| 3-4000 law books acquired from a retired judge 7 years ago | C.C.P. § 703.140(b)(6) | 1,500.00 | 1,500.00 |
| Spouse's office computer (Dell), no printer; 6 years old | C.C.P. § 703.140(b)(6) | 100.00 | 100.00 |
| | | Total: | |
| | | **39,100.00** | **129,909.12** |

**0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Anthony Joseph Haworth,**
**Zahra Khalili Haworth**

Case No. **1:08-bk-19009-GM**

_____
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re    **Anthony Joseph Haworth,**                                                    Case No.  **1:08-bk-19009-GM**
         **Zahra Khalili Haworth**
                                                                              ,
                                     Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    **3**          continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Anthony Joseph Haworth,**                                    Case No.   **1:08-bk-19009-GM**
        **Zahra Khalili Haworth**
                                                           ,
                                    Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **BD xx6 561**<br><br>**Liza Haworth**<br>**4132 Chevy Chase Dr.**<br>**La Canada Flintridge, CA 91011** | C | | **2003**<br><br>**Business settlement; debtor purchased her interest in Haworth & Associates** | | | | **3,500,000.00** | **0.00**<br><br>**3,500,000.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | **0.00** |
|---|---|---|
|  | **3,500,000.00** | **3,500,000.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Anthony Joseph Haworth,**
    **Zahra Khalili Haworth**

Case No. __**1:08-bk-19009-GM**__

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxCx1498** <br><br> **Alexander Savic** <br> **Labor Commissioner Award** <br> **6140 Van Nuys Blvd. Rm 206** <br> **Van Nuys, CA 91401** | | C | **2006-2007** <br><br> **wages** | | | X | **5,638.03** | **0.00** | **5,638.03** |
| Account No. **xxCx1497** <br><br> **Carlos Samayoa** <br> **Labor Commissioner Award** <br> **6150 Van Nuys Blvd., Rm 206** <br> **Van Nuys, CA 91401** | | C | **2006-2007** <br><br> **wages & commission** | | | X | **3,924.29** | **0.00** | **3,924.29** |
| Account No. **xxCx3932** <br><br> **James S. Esslin III** <br> **Labor Commissioner Award** <br> **6150 Van Nuys Blvd. Rm 206** <br> **Glendale, CA 91206** | | C | **2006-7** <br><br> **wages** | | | X | **10,855.64** | **0.00** | **10,855.64** |
| Account No. **xxCx5449** <br><br> **Jeffrey Douglas Kruger** <br> **California Labor Board** <br> **6150 Van Nuys Blvd., Room 206** <br> **Van Nuys, CA 91401** | | C | **2006-7** <br><br> **wages & commissions** | | | | **7,754.37** | **0.00** | **7,754.37** |
| Account No. **xxCx3855** <br><br> **Joel Calderon** <br> **Labor Commissioner Award** <br> **6150 Van Nuys Blvd. Rm 206** <br> **Van Nuys, CA 91401** | | C | **2006-7** <br><br> **commissions** | | | X | **1,970.96** | **0.00** | **1,970.96** |

Sheet __**2**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | |
| **30,143.29** | **30,143.29** |

B6E (Official Form 6E) (12/07) - Cont.

In re **Anthony Joseph Haworth,**
**Zahra Khalili Haworth**

Case No. **1:08-bk-19009-GM**

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xxx-x346-1** <br><br> **California EDD** <br> PO Box 826880 <br> Sacramento, CA 94280 | C | | **2007** <br><br> **payroll taxes for IMC** | | X | | **8,000.00** | 0.00 <br><br> **8,000.00** |
| Account No. **xxx-xx-1924** <br><br> **California Franchise Tax Board** <br> **Attn  Bankruptcy** <br> **POB 2952** <br> **Sacramento, CA 95812-2952** | C | | **2006** <br><br> **Personal income tax for 2005** | | | | **354,072.84** | 0.00 <br><br> **354,072.84** |
| Account No. **xxx-xx-1924** <br><br> **Internal Revenue Service BK** <br> **Centralized Insolvency Operations** <br> **POB 21126** <br> **Philadelphia, PA 19114-0326** | C | | **4/15/2006** <br><br> **Personal Income tax 2005** | | | | **824,388.79** | 0.00 <br><br> **824,388.79** |
| Account No. **xx-xxx9039** <br><br> **Internal Revenue Service BK** <br> **Centralized Insolvency Operations** <br> **POB 21126** <br> **Philadelphia, PA 19114-0326** | C | | **2005/2006** <br><br> **payroll tax trust fund recovery penalty** | | | | **426,740.12** | 0.00 <br><br> **426,740.12** |
| Account No. **Zahra Haworth** <br><br> **Los Angeles Superior Court** <br> **111 N. Hill Ave.** <br> **Los Angeles, CA 90012** | C | | **2007 & 2008** <br><br> **traffic tickets** | | | | **1,650.00** | 0.00 <br><br> **1,650.00** |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 <br> **1,614,851.75** | **1,614,851.75** |
| Total (Report on Summary of Schedules) | 0.00 <br> **5,144,995.04** | **5,144,995.04** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Anthony Joseph Haworth,**
         **Zahra Khalili Haworth**                                    Case No.   **1:08-bk-19009-GM**
                                                                                          ,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  xx-xxx-xxx168-6 <br><br> **Aicco, Inc** <br> **777 S. Figueroa St.** <br> **Los Angeles, CA 90017** | | C | 2005 <br> **10 Accounts; business insurance premium finance** | | | | 5,000.00 |
| Account No.  **IMC** <br><br> **Al Shredding** <br> **P O Box 892** <br> **Burbank, CA 91503** | | C | 2005 <br> **5 accounts; document disposal service** | | | | 2,500.00 |
| Account No.  **imc/haworth** <br><br> **All Points Capital Corp** <br> **PO Box 61540** <br> **New Orleans, LA 70160** | | C | 2005 <br> **bentley lease default** | | | | 100,000.00 |
| Account No.  **x-xxxx-xxx7541** <br><br> **Allied Waste Services** <br> **2509 W. Rosecrams Avenue** <br> **Los Angeles, CA 90059** | | C | 2006 <br> **rubbish service** | | | | 2,000.00 |
| __24__  continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | 109,500.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                          S/N:26577-081118   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony Joseph Haworth,**
    **Zahra Khalili Haworth**                                              Case No. __1:08-bk-19009-GM__
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxxxxxxxx9793** | | H | | | Opened 4/28/02 Last Active 8/22/07 personal expenses | | | | |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | | | | | 14,705.00 |
| Account No. **xxxxxxxxxxx0093** | | C | | | Opened 7/10/07 Last Active 9/03/07 personal expenses | | | | |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | | | | | 2,651.00 |
| Account No. **xxxxxxxxxxx5063** | | C | | | Opened 7/02/07 Last Active 10/30/07 personal expenses | | | | |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | | | | | 1,712.00 |
| Account No. **xxxx0052** | | C | | | Opened 3/01/06 Last Active 3/05/08 2005 honda lease (spouse for sister); repossessed | | | | |
| American Honda Finance Po Box 168088 Irving, TX 75016 | | | | | | | | | 20,912.00 |
| Account No. **xxxx8632** | | C | | | Opened 12/01/04 Last Active 9/03/07 Lease; vehicle repossessed | | | | |
| American Honda Finance Po Box 168088 Irving, TX 75016 | | | | | | | | | 15,553.00 |

Sheet no. __1__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              55,533.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Joseph Haworth,**                                  Case No.   **1:08-bk-19009-GM**
       **Zahra Khalili Haworth**
                                                                              ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **IMC** <br><br> Ampco Parking System <br> 945 W. 8th Street <br> Los Angeles, CA 90017 | | | C | | **2005** <br> **Parking for business** | | | | 10,000.00 |
| Account No. **BC xx3137** <br><br> Andrew Cervik <br> 2272 Colorado Blvd. #1180 <br> Los Angeles, CA 90041 | | | C | | **2005** <br> **legal services--in-house for IMC business** | | | | 41,000.00 |
| Account No. **Haworth** <br><br> Arrowhead Mountain Spring Water <br> PO Box 856158 <br> Louisville, KY 40285-6158 | | | C | | **2003-6** <br> **business bottled water service** | | | | 10,000.00 |
| Account No. **xxxx7767** <br><br> Asset Acceptance <br> Po Box 2036 <br> Warren, MI 48090 | | | C | | **4/08** <br> **Hsbc Bank Nevada  N.A. Range Rover lease default; repossessed** | | | | 1,395.00 |
| Account No. **IMC** <br><br> AT&T <br> 2605 W. Olympic Blvd. <br> Los Angeles, CA 90021 | | | C | | **2003-2005** <br> **12-15 accounts; business telephone service for all locations** | | | | 25,000.00 |

Sheet no. __2___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**87,395.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony Joseph Haworth,**                                                  Case No. __**1:08-bk-19009-GM**__
       **Zahra Khalili Haworth**

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx3210**<br><br>**Atlantic Crd**<br>**P O Box 13386**<br>**Roanoke, VA 24033** | C | | | | **2005**<br>**01 Hsbc RetaiL personal expenses** | | | | **17,666.00** |
| Account No. **IMC**<br><br>**Avert**<br>**2021 N. Pass Avenue**<br>**Burbank, CA 91505** | C | | | | **2005**<br>**termite work** | | | | **10,000.00** |
| Account No. **IMC**<br><br>**Balboa Capital Corporation**<br>**2010 Main Street 11th Floor**<br>**Irvine, CA 92614** | C | | | | **2005**<br>**office equipment lease balance** | | | | **24,898.88** |
| Account No. **BC xx0528**<br><br>**Banc of America Leasing & Capital**<br>**Attn:  Bankruptcy Dept**<br>**555 California St.**<br>**San Francisco, CA 94104** | C | | | | **2006**<br>**equipment lease** | | | | **151,095.00** |
| Account No.<br><br>**Additional Notice Party:**<br>**Banc of America Leasing & Capital** | | | | | **Kevin Whiteford, Esq.**<br>**Serlin & Whiteford LLP**<br>**813 F St., 2nd Floor**<br>**Sacramento, CA 95814** | | | | |

Sheet no. __**3**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                                  (Total of this page)               **203,659.88**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Joseph Haworth,**                                    Case No.   **1:08-bk-19009-GM**
        **Zahra Khalili Haworth**
                                                                       ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-8973** <br><br> **Bank of America** <br> **PO B 53132** <br> **Phoenix, AZ 85072-3132** | C | | **2007** <br> **Business Credit Card** | | | | 30,000.00 |
| Account No. **xxxx2994** <br><br> **Bay Area Credit Servic** <br> **97 E Brokaw Rd** <br> **Suite 240** <br> **San Jose, CA 95112** | H | | **2005** <br> **CollectionAttorney At T - West business phone** | | | | 393.00 |
| Account No. **BC xx6138** <br><br> **BB&T Equipment Finance** <br> **Attn:  Lisa I. Moberly, BB&T** <br> **200 West Second St., 3rd Flr Lgl** <br> **Winston Salem, NC 27101** | C | | **2004-2005-2006** <br> **Office furniture & equipment in IMC branch offices; lease default** | | | | 383,015.00 |
| Account No. <br><br> **Additional Notice Party:** <br> **BB&T Equipment Finance** | | | **BB&T Equipment Finance Corp** <br> **Attn:  CT Corporation Syst.** <br> **818 West 7th St.** <br> **Los Angeles, CA 90017** | | | | |
| Account No. <br><br> **Additional Notice Party:** <br> **BB&T Equipment Finance** | | | **Hemar Rousso & Heald, LLP** <br> **15910 Ventura Blvd., 12th Floor** <br> **Encino, CA 91436** | | | | |

Sheet no. **4** of **24** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**413,408.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Joseph Haworth,**                                          Case No.   **1:08-bk-19009-GM**
        **Zahra Khalili Haworth**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Haworth** <br><br> **Bernard Greenberg** <br> **C/O Arthur Greenberg** <br> **16000 Ventura Blvd. Suite 1000** <br> **Encino, CA 91436** | C | | | | **2005** <br> **unsecured land Loan** | | | | 200,000.00 |
| Account No. **IMC** <br><br> **Beverly Wilshire Investment Corp** <br> **Jenus Nourafchan, Esq.** <br> **9454 Wilshire Blvd., Ste 500** <br> **Beverly Hills, CA 90212** | C | | | | **2007** <br> **building premises lease; debtor was guarantor** | | | | 16,500.00 |
| Account No. **IMC** <br><br> **Breakaway Press** <br> **9620 Topanga Canyon Pl. # A** <br> **Chatsworth, CA 91311** | C | | | | **2004-2005** <br> **5 accounts; business printing** | | | | 2,000.00 |
| Account No. **xxx-2089** <br><br> **Calif Department of Corporations** <br> **320 West 4th St., Ste 750** <br> **Los Angeles, CA 90013-2344** | C | | | | **6/07** <br> **Disputed claim for shortage in escrow account** <br> **of Internationl Escrow Company** | | | X | 106,000.00 |
| Account No. <br><br> **Additional Notice Party:** <br> **Calif Department of Corporations** | | | | | **Judy L. Hartley, Esq** <br> **Senior Corporations Counsel** <br> **Department of Corporations** <br> **320 West 4th St., Ste 750** <br> **Los Angeles, CA 90013-2344** | | | | |

Sheet no. __**5**__ of __**24**__ sheets attached to Schedule of          Subtotal                  324,500.00
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony Joseph Haworth,**
      **Zahra Khalili Haworth**                                              Case No.  __1:08-bk-19009-GM__

                                                        Debtors                                    ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6009**<br><br>**Canon**<br>**110 West Walnut Street**<br>**Gardena, CA 90248** | | C | **2004-5-6**<br>**February-2005-May-2007; office equipment leases** | | | | **4,324.66** |
| Account No. **Haworth IMC**<br><br>**Carolyn Denny CPA**<br>**23822 W. Valendia Blvd. #301**<br>**Valencia, CA 91355** | | C | **2004-2006**<br>**tax preparation services** | | | | **50,000.00** |
| Account No. **xxxxx2678**<br><br>**Cbe Group**<br>**131 Towe Park Dr Suite 1**<br>**Waterloo, IA 50702** | | C | **2007**<br>**CollectionAttorney Dish Network** | | | | **776.00** |
| Account No. **xxxxxxx5052**<br><br>**Chase**<br>**Attn: Bankruptcy Dept**<br>**Po Box 100018**<br>**Kennesaw, GA 30156** | | H | **Opened 10/01/02  Last Active  1/11/08**<br>**personal expenses** | | | | **47,848.00** |
| Account No. **xxxxxxx1932**<br><br>**Chase - Cc**<br>**Attention:  Banktruptcy Department**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | H | **Opened  3/01/05  Last Active  1/11/08**<br>**business credit card** | | | | **30,532.00** |

Sheet no. __6___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**133,480.66**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony Joseph Haworth,**                                          Case No.   **1:08-bk-19009-GM**
         **Zahra Khalili Haworth**
                                                                                    ,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **IMC** <br><br> **CIT Technology Financing Svcs** <br> **Jennifer Witherell, Esq** <br> **15910 Ventura Blvd., Ste 1200** <br> **Encino, CA 91436** | C | | | | **2005-6** <br> **Equipment lease default** | | | | **150,000.00** |
| Account No. **xxxxxxx6415** <br><br> **Citi** <br> **Attn: Centralized Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64915** | | H | | | **Opened  4/01/05  Last Active  9/20/07** <br> **business use credit card** | | | | **368,307.00** |
| Account No. **xxxxxxxxxxx7246** <br><br> **Citibank / Sears** <br> **Po Box 20363** <br> **Kansas City, MO 64195** | C | | | | **Opened  2/01/04  Last Active  1/11/08** <br> **personal expenses** | | | | **9,679.00** |
| Account No. **xxxxxxx0684** <br><br> **Citibank NA** <br> **Attn.:  Centralized Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64195** | C | | | | **Opened  8/01/07  Last Active 11/05/07** <br> **personal expenses** | | | | **486.00** |
| Account No. **xxx0716** <br><br> **CitiBusiness** <br> **POB 44180** <br> **Jacksonville, FL 32231-4180** | C | | | | **2004-6** <br> **business Equipment lease default** | | | | **60,056.44** |

Sheet no. __7___ of __24__ sheets attached to Schedule of                                  Subtotal              **588,528.44**
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Joseph Haworth,**                                    Case No.  **1:08-bk-19009-GM**
         **Zahra Khalili Haworth**
                                                                              ,
                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Additional Notice Party:** <br>**CitiBusiness** | | | | **Client Services Inc** <br>**3451 Harry S Truman Blvd** <br>**Saint Charles, MO 63301** | | | | |
| Account No. **xxxx-xxxx-xxxx-8229** <br><br>**CitiBusiness Card** <br>**P O Box 6414** <br>**The Lakes, NV 88901-6414** | C | | | **2004-5-6 and early 07** <br>**business credit card** | | | | **49,999.30** |
| Account No. <br><br>**Additional Notice Party:** <br>**CitiBusiness Card** | | | | **Client Services Inc** <br>**3451 Harry S Truman Blvd** <br>**Saint Charles, MO 63301** | | | | |
| Account No. **IMC** <br><br>**Citicorp Vendor Finance** <br>**P O BOX 7247-0118** <br>**Philadelphia, PA 19170** | C | | | **2004-5-6** <br>**2 accounts; defaulted business equipment lease** | | | | **100,000.00** |
| Account No. **xxxxxxx7288** <br><br>**Citifinancial Retail Services** <br>**Po Box 140489** <br>**Irving, TX 75014** | C | | | **Opened  8/01/05  Last Active  1/24/06** <br>**business equipment purchases** | | | | **3,888.00** |

Sheet no. __**8**___ of __**24**___ sheets attached to Schedule of          Subtotal                **153,887.30**
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Joseph Haworth,**
       **Zahra Khalili Haworth**

Case No.   **1:08-bk-19009-GM**

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx0001** <br><br> **City Ntl Bk** <br> **Gate Way Air 300 King Street** <br> **Wilmington, DE 19801** | | H | **Opened 2/01/04 Last Active 9/04/07** <br> **business line of credit** | | | | 99,909.00 |
| Account No. **xx9801** <br><br> **Credit Management Cont** <br> **2707 Rapids Dr** <br> **Racine, WI 53404** | | H | **Opened 2/01/08** <br> **CollectionAttorney City Of Glendale Water Power** | | | | 408.00 |
| Account No. **Haworth** <br><br> **Daniel Louis Lopez** <br> **7536 Kilgarry Avenue** <br> **Pico Rivera, CA 90660** | | C | **2007** <br> **Business Loan** | | | | 50,000.00 |
| Account No. **IMC** <br><br> **Dell Preferred Account** <br> **POB 6403** <br> **Carol Stream, IL 60197-6403** | | C | **2004-6** <br> **computer equipment lease default for business** | | | | 150,000.00 |
| Account No. **IMC** <br><br> **Development Guru/EC Comm** <br> **23411 Aliso Viejo Parkway Ste Stuite K # 178** <br> **Aliso Viejo, CA 92656** | | C | **200406** <br> **2 Accounts; business computer connections** | | | | 20,000.00 |

Sheet no. __9__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

320,317.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Joseph Haworth,**                                              Case No.  **1:08-bk-19009-GM**
       **Zahra Khalili Haworth**
                                                                        ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **BC xx3726**  East West Bank  Attn: Doug Krause, Agent  135 N. Los Robles Ave., 7th Floor  Pasadena, CA 91101 | C | | | 2/2007  Loan partially repaid. Debtor's corporation IMC is the defendant. business | | | | 1,098,999.27 |
| Account No. **BC xx3726**  East West Bank  Attn: Doug Krause, Agent  135 N. Los Robles Ave., 7th Floor  Pasadena, CA 91101 | C | | | 2/2007  Personal component of bank loan; used in 2007 to finance business operations | | | | 1,056,377.04 |
| Account No.  Additional Notice Party:  East West Bank | | | | Barry A. Smith  Buchalter Nemer  1000 Wiltshire Blvde. Suite 1500  Los Angeles, CA 90012 | | | | |
| Account No. **IMC**  Elegante Leasing  21700 Oxnard Street Suite 430  Woodland Hills, CA 91367 | C | | | 2/2007  2001 Ferreri 360 f1 spider  2006 Lamborghini Murcielago; both repossessed; defaulted | | | | 601,022.73 |
| Account No.  Additional Notice Party:  Elegante Leasing | | | | Ofer Grossman  21700 Oxnard Street Suit 430  Woodland Hills, CA 91367 | | | | |

Sheet no. __10__ of __24__ sheets attached to Schedule of                     Subtotal         2,756,399.04
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Joseph Haworth,**                                    Case No.   **1:08-bk-19009-GM**
        **Zahra Khalili Haworth**
                                                                    ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
| Account No. **xx0153**<br><br>**Executive Car Leasing**<br>**7807 Santa Monica Boulevard**<br>**Los Angeles, CA 90046** | | | C | | **2/01/05-09/30/07**<br>**2005 Roll Phantom,2005 Bentley GT,2004 Rolls Royce,2005 Lamborghini, 2003 Ferreri; 2003 Bentley Arnage, 2006 Hummer H-2; all leases, all defaulted** | | | | 310,885.00 |
| Account No. **IMC**<br><br>**Federal Express**<br>**2003 Corporate Plaza #100**<br>**Memphis, TN 38132** | | | C | | **2005-7**<br>**messenger service** | | | | 20,000.00 |
| Account No. **Fxxxxxxxxxxxx4219**<br><br>**Federated Fin Corp Of**<br>**30955 Northwestern Hwy**<br>**Farmington Hills, MI 48334** | | | H | | **Opened  7/01/08**<br>**business credit card for IMC** | | | | 45,638.00 |
| Account No. **Haworth/IMC**<br><br>**Ferene Novin Esq**<br>**4929 Wilshire Blvd., Ste 601**<br>**Los Angeles, CA 90010** | | | C | | **2007**<br>**legal services in connection with divorce** | | | | 45,000.00 |
| Account No. **xxx7105**<br><br>**Fin Cr Netwk**<br>**Attn: Bankruptcy Department**<br>**Po Box 3084**<br>**Visalia, CA 93278** | | | C | | **Opened  7/01/08**<br>**CollectionAttorney Southern California Gas** | | | | 1,262.00 |

Sheet no. __11__ of __24__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)         **422,785.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Joseph Haworth,**                                              Case No.  __1:08-bk-19009-GM__
        **Zahra Khalili Haworth**
                                                                                                              ,
                                        Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx0008** <br><br> **Gemb/tourneau** <br> **Po Box 981439** <br> **El Paso, TX 79998** | | H | | **Opened  4/01/03  Last Active  4/02/07** <br> **12/07:  purchased rolex watches for 3 or 5 new and previously unkown-to-debtor sales associates to induce them to work in IMC, who thereupon defaulted on their agreements, and kept the watches** | | | | 25,716.00 |
| Account No. **Inv xx3553** <br><br> **H&H Hargrave** <br> **520 Broadway Suite 680** <br> **Santa Monica, CA 90401** | | C | | **2007** <br> **Client number 4770; accounting services incident to divorce proceedings** | | | | 2,609.50 |
| Account No. <br><br> **Additional Notice Party:** <br> **H&H Hargrave** | | | | **Matthew L. Rich, Esq.** <br> **Law offices of Michael J. Kelly** <br> **429 Santa Monica Bl. Ste 120** <br> **Santa Monica, CA 90401-3408** | | | | |
| Account No. <br><br> **Additional Notice Party:** <br> **H&H Hargrave** | | | | **Tamar Poladian, Esq** <br> **1101 E. Broadway Suite 207** <br> **Glendale, CA 91205** | | | | |
| Account No. **IMC** <br><br> **Jobing.Com** <br> **12100 Wilshire Blvd. Suite 320** <br> **Los Angeles, CA 90025** | | C | | **2006** <br> **Industry Specialist; temp service** | | | | 1,000.00 |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,325.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony Joseph Haworth,**    Case No.    **1:08-bk-19009-GM**
      **Zahra Khalili Haworth**

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Zahra Haworth** <br><br> **John Michael Kelly, Esq.** <br> **429 Santa Monica blvd., Ste 120** <br> **Santa Monica, CA 90406** | C | | | **October 2007** <br> **Attorney fees in dissolution action, now inactive** | | | | 140,000.00 |
| Account No. **Haworth** <br><br> **Ken Wolheim** <br> **Tamr Poladian** <br> **1101 N. Pacific Ave., Ste 303** <br> **Glendale, CA 91202** | C | | | **2007** <br> **forensic accountant in divorce proceeding** | | | | 25,000.00 |
| Account No. **Int'l Mortgage Co** <br><br> **Lagerlof Sececal Bradley et al** <br> **301 N Lake Ave. #1000** <br> **Pasadena, CA 91101** | C | | | **up to 9/07** <br> **attorney fees** | | | | 83,562.00 |
| Account No. **xxxx2146** <br><br> **Land Rover** <br> **Po Box 680020** <br> **Franklin, TN 37068** | H | | | **Opened 10/01/07  Last Active  4/28/08** <br> **Lease default** | | | | 26,860.00 |
| Account No. <br><br> **Additional Notice Party:** <br> **Land Rover** | | | | **Harlan M. Reese & Associates** <br> **9444 Waples St. Suiote 405** <br> **San Diego, CA 92121** | | | | |
| Sheet no. **13** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal <br> (Total of this page) | | | | 275,422.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Joseph Haworth,**
    **Zahra Khalili Haworth**
                                       Debtors

Case No.   **1:08-bk-19009-GM**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Additional Notice Party:**<br>**Land Rover** | | | **United Recovery Systems LP**<br>**POB 722929**<br>**Houston, TX 77272-2929** | | | | |
| Account No.  **IMC**<br><br>**Landsafe Credit**<br>**P O Box 650530**<br>**Dallas, TX 75265** | C | | **2007**<br>**5 Accounts; credit reporting agency for countrywide home loans** | | | | **2,500.00** |
| Account No.  **xxxx6679**<br><br>**Los Angeles County Tax Collector**<br>**225 North Hill St. Room 122**<br>**Los Angeles, CA 90012** | C | | **July 1,2007-June 30, 2008**<br>**Unsecured Property Tax 7/07-6/30/08 for IMC** | | | | **821.54** |
| Account No.  **EC xx4768**<br><br>**Lyons Financial Services**<br>**W. Jeffery Fulton, Esq.**<br>**1545 Hotel Circle South, Ste 240**<br>**San Diego, CA 92108** | C | | **2004-5**<br>**copier lease default; business equipment** | | | | **68,000.00** |
| Account No.  **Haworth**<br><br>**MCI Residential Services**<br>**3660 Wilshire Blvd. Ste 850**<br>**Los Angeles, CA 90010** | C | | **2005-7**<br>**2 accounts; residential long distance** | | | | **1,000.00** |

Sheet no. __14__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**72,321.54**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony Joseph Haworth,**
**Zahra Khalili Haworth**

Debtors

Case No. **1:08-bk-19009-GM**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **BC xx4937**<br><br>Melinda Gordon & Mark Shiva<br>Mark Saltzman, Esq.<br>18321 Ventura Blvd., Ste 530<br>Tarzana, CA 91356 | | C | **2006**<br>complaint for specific performance on property formerly owned by debtor. | | | | 2,000,000.00 |
| Account No. **Haworth**<br><br>Mesa Crest Water Co.<br>4532 Rinetti Ln<br>La Canada Flintridge, CA 91011 | | C | **2005**<br>water service on former residence | | | | 1,000.00 |
| Account No. **IMC**<br><br>Messenger Club<br>Patricia M Cochran<br>624 The city Drive #480<br>Orange, CA 92868 | | C | **2004-7**<br>business messenger services | | | | 5,000.00 |
| Account No. **IMC**<br><br>Metropolitan Life Insurance<br>Steven R. Mrasse, Esq.<br>4921 Birth St., Ste 120<br>Newport Beach, CA 92660 | | C | **2006**<br>7-year business building lease extension default; debtor is guarantor | | | | 2,000,000.00 |
| Account No. **IMC**<br><br>Monster.com<br>S. Clock Tower Plc, Ste 500<br>Maynard, MA 01754 | | C | **2004-6**<br>internet advertising | | | | 1,000.00 |

Sheet no. **15** of **24** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,007,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Anthony Joseph Haworth,__                                      Case No. __1:08-bk-19009-GM__
     __Zahra Khalili Haworth__
                                              Debtors      ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **IMC**<br><br>**Myra Investments**<br>**Michael Nazarian**<br>**4310 San Fernando Rd.**<br>**Glendale, CA 91204** | C | | | 11/07<br>**Warehouse office lease default** | | | | **20,000.00** |
| Account No. **xxxxxxxx3353**<br><br>**National City Bank**<br>**Attention:  Bankruptcy Department**<br>**6750 Miller Road**<br>**Brecksville, OH 44141** | C | | | Opened  8/01/05  Last Active  7/31/07<br>**RealEstateMortgageWithoutOtherCollateral;**<br>**purchase money 2nd TD on Windford Lane in**<br>**Northridge; property was foreclosed in 07** | | | | **197,591.00** |
| Account No. **Haworth**<br><br>**Naum Tabachnick CPA**<br>**16430 Ventura Blvd., Ste 108**<br>**Encino, CA 91436** | C | | | 12/07<br>**back rent on leased apartment (Wilshire)** | | | | **20,000.00** |
| Account No. **Zahra Haworth**<br><br>**Nieman Marcus**<br>**1618 Main St.**<br>**Dallas, TX 75201** | C | | | 2004-5-6<br>**personal clothing, etc.** | | | | **25,000.00** |
| Account No. **x2149**<br><br>**Nordstrom FSB**<br>**Attention:  Bankruptcy Department**<br>**Po Box 6566**<br>**Englewood, CO 80155** | C | | | Opened  1/01/07  Last Active  7/10/07<br>**personal expense** | | | | **1,534.00** |

Sheet no. __16__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**264,125.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Joseph Haworth,**
       **Zahra Khalili Haworth**                                          Case No.  **1:08-bk-19009-GM**

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **IMC** <br><br> **Notary on the Go** <br> **P O Box 434** <br> **Lynwood, CA 90262** | C | | | | **2005-6** <br> **Notary services for IMC** | | | | 8,000.00 |
| Account No. **IMC** <br><br> **Office Depot** <br> **401 E. 2nd Street** <br> **Los Angeles, CA 90012** | C | | | | **2005-6** <br> **5 accounts; office supplies for IMC business** | | | | 20,000.00 |
| Account No. **August 2008** <br><br> **Optima Home Loans/ Optima Reality** <br> **330 Arden Avenue Suite 100** <br> **Glendale, CA 91203** | C | | | | **2008** <br> **lease default (rent) on business premises** | | | | 17,500.00 |
| Account No. **IMC** <br><br> **Pitney Bowes** <br> **801 S. Grand Ave Ste 600** <br> **Los Angeles, CA 90017** | C | | | | **2004-7** <br> **10 accounts; business equpment lease** | | | | 100,000.00 |
| Account No. **xxxxxxxxxxx0719** <br><br> **Portfolio Recvry&affil** <br> **120 Corporate Blvd Ste 1** <br> **Norfolk, VA 23502** | C | | | | **Opened  3/01/08** <br> **business credit card** | | | | 3,096.00 |

Sheet no. __17__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**148,596.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Joseph Haworth,**　　　　　　　　　　　　　　Case No.　**1:08-bk-19009-GM**
　　　**Zahra Khalili Haworth**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. **IMC** <br><br> **Primus Financial** <br> **11585 Laurel Canyon Blvd** <br> **San Fernando, CA 91340** | C | | | 2005 <br> **2004 Aston Martin; lease default (business--all vehicles were for business)** | | | | 150,000.00 |
| Account No. **BC xx4737** <br><br> **Prodigize Inc** <br> **C/O  Cyrus Nikou** <br> **9107 Wilshire Boulevard  Suite 800** <br> **Beverly Hills, CA 90210** | C | | | 6/29/06 <br> **judgment for IMC business; wrongful employment termination claim** | | | | 167,500.00 |
| Account No. <br><br> **Additional Notice Party:** <br> **Prodigize Inc** | | | | **Steven Hogan** <br> **9107 Wilshire Boulevard Suite 800** <br> **Beverly Hills, CA 90210** | | | | |
| Account No. **xxxDWPxxxxxx4366** <br><br> **Progressive Asset Mngm** <br> **685 E. Cochran Street #1** <br> **Simi Valley, CA 93065** | C | | | Opened  6/01/08 <br> **CollectionAttorney Department Of Water Power** | | | | 3,066.00 |
| Account No. **xxxDWPxxxxxx0293** <br><br> **Progressive Asset Mngm** <br> **685 E. Cochran Street #1** <br> **Simi Valley, CA 93065** | H | | | Opened  3/01/08 <br> **CollectionAttorney Department Of Water Power** | | | | 2,815.00 |

Sheet no. __**18**__ of __**24**__ sheets attached to Schedule of　　　　　　　Subtotal　　　　　　| 323,381.00 |
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Joseph Haworth,**
    **Zahra Khalili Haworth**

Case No.  **1:08-bk-19009-GM**

                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3985**<br><br>**Progressive Management System**<br>**Po Box 2220**<br>**West Covina, CA 91793** | | H | Opened  6/01/08<br>CollectionAttorney Southern California Gas Compan | | | | 692.00 |
| Account No. **BC xx7862**<br><br>**Rafael Furcal**<br>**860 Greenridge Drive**<br>**La Canada Flintridge, CA 91011** | | C | 3/2007<br>Damages and mold alleged on sale of debtors' La Canada residence (after full pre-sale inspection); lawsuit not served | | | X | 10,000,000.00 |
| Account No.<br><br>**Additional Notice Party:**<br>**Rafael Furcal** | | | Eric L. Webb, Esq.<br>In Re:  Rafael Furcal<br>9157 W. Sunset Blvd. #310<br>West Hollywood, CA 90069 | | | | |
| Account No. **IMC**<br><br>**RBJ Computer Systems**<br>**1000 S. Magnolia Ave.**<br>**Monrovia, CA 91016** | | C | 2004-6<br>business computer system softward | | | | 15,000.00 |
| Account No. **IMC**<br><br>**Robert De Leon**<br>**10309 Broadmead St.**<br>**South El Monte, CA 91733** | | C | 2007<br>Loan 5/29/07; to IMC for business | | | | 200,000.00 |

Sheet no. **19** of **24** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,215,692.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony Joseph Haworth,**              Case No.   **1:08-bk-19009-GM**
         **Zahra Khalili Haworth**
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Zahra Haworth** <br><br> **Saks Fifth Ave.** <br> **PO Box 10327** <br> **Jackson, MS 39289** | | C | | **2006** <br> **clothing** | | | | **20,000.00** |
| Account No. **BC xx0307** <br><br> **Sameer Sharif & Daniela Cofey** <br> **Brian J. Bird, Esq.** <br> **1900 Ave of the Stars, Ste 2500** <br> **Los Angeles, CA 90067** | | C | | **2006** <br> **debtor bought house, plaintiff couldn't qualify but sued anyway for various causes of action, none of which had any merit;** | | | | **125,000.00** |
| Account No. **IMC** <br><br> **Santa Barbara Bank & Trust** <br> **401 Vance St** <br> **Pacific Palisades, CA 90272** | | C | | **2004-6** <br> **3 accounts; office equipment & furniture leases** | | | | **300,000.00** |
| Account No. **IMC** <br><br> **Sark & Aline Antaramian** <br> **P O Box 604** <br> **Sherman Oaks, CA 91430** | | C | | **11/2007** <br> **escrow account shortage in 2007** | | | | **35,000.00** |
| Account No. **IMC** <br><br> **Sound Leasing** <br> **6947 Coal Creek Pkway SE PMB360** <br> **New Castle, WA 98059** | | C | | **2002-3** <br> **one account; business signage & equipment** | | | | **30,000.00** |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **510,000.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Joseph Haworth,**
    **Zahra Khalili Haworth**
                                               ,
                                              Debtors

          Case No.  **1:08-bk-19009-GM**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **IMC**<br><br>**Sovereign Bank**<br>**PO Box 12646**<br>**Reading, PA 19612** | C | | | | **2006**<br>**3 accounts; car lease defaults (Bentley, Hummeer H-1 & Ferrari** | | | | 350,000.00 |
| Account No.<br><br>**Additional Notice Party:**<br>**Sovereign Bank** | | | | | **Manhattan Leasing**<br>**20 E. Sunrise Hwy**<br>**Valley Stream, NY 11581** | | | | |
| Account No. **Haworth**<br><br>**Sports Club LA**<br>**1835 S. Sepulveda Blvd.**<br>**Los Angeles, CA 90025** | C | | | | **2007**<br>**exercise program agreeements; both debtor and spouse had separate accounts** | | | | 2,000.00 |
| Account No. **IMC**<br><br>**Staples**<br>**1701 S. Figueroa St.**<br>**Los Angeles, CA 90015** | C | | | | **2005**<br>**business supplies** | | | | 10,000.00 |
| Account No. **IMC**<br><br>**Stephen J. Goldberg**<br>**623 Levering Ave**<br>**Los Angeles, CA 90024** | C | | | | **2007**<br>**legal defense fees** | | | | 7,944.00 |

Sheet no. __21__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

              Subtotal
          (Total of this page)      369,944.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony Joseph Haworth,**
**Zahra Khalili Haworth**

Case No.   **1:08-bk-19009-GM**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Haworth**<br><br>**Steptoe & Johnson**<br>**2121 Avenue of the Stars**<br>**Los Angeles, CA 90067** | | C | **2007**<br>**Leaseback on Porsche/House in Malibu with Pete Koral; defaulted** | | | | 600,000.00 |
| Account No. **xxx-xxxxxx5-000**<br><br>**Sterling National Bank**<br>**500 7th Ave., #1100**<br>**New York, NY 10018** | | C | **2005-6**<br>**business equipment lease default** | | | | 1,900.32 |
| Account No. **IMC**<br><br>**TBS Couriers**<br>**3231 Fletcher Dr.**<br>**Los Angeles, CA 90065** | | C | **2004-7**<br>**10 Accounts; business courier service (transboxes)** | | | | 10,000.00 |
| Account No. **Haworth**<br><br>**Time Warner Cable**<br>**1167 E. 11th Street**<br>**Los Angeles, CA 90021** | | C | **2007**<br>**cable service** | | | | 250.00 |
| Account No. **Mishel Nasiri**<br><br>**Toyota Financial Services**<br>**POB 60114**<br>**City Of Industry, CA 91716-0114** | | C | **2006**<br>**Spouse cosigned on vehicle loan form IMC employee (Mishel Nasiri), who proceeded to total the vehicle without insurance** | | | | 17,000.00 |

| | | |
|---|---|---|
| Sheet no. __22__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 629,150.32 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Joseph Haworth,**
       **Zahra Khalili Haworth**                                          Case No.  **1:08-bk-19009-GM**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **IMC**<br><br>**US Bank**<br>**P O Box 2188**<br>**Oshkosh, WI 54903-2188** | C | | **2006**<br>**defaulted business equipment leases for IMC** | | | | **150,000.00** |
| Account No. **xxxxxxx6706**<br><br>**Us Bk Rms Cc**<br>**Cb Disputes**<br>**St Louis, MO 63116** | | H | **Opened 1/01/04 Last Active 12/31/07**<br>**business credit card** | | | | **19,496.00** |
| Account No. **xxxxxxx6706**<br><br>**Us Bk Rms Cc**<br>**Cb Disputes**<br>**St Louis, MO 63116** | | H | **Opened 2/01/04 Last Active 1/11/08**<br>**business credit card** | | | | **6,626.00** |
| Account No. **5355**<br><br>**Verizon California Inc**<br>**Bankruptcy Administration**<br>**404 Brock Dr**<br>**Bloomington, IL 61701** | C | | **Opened 4/01/07 Last Active 12/01/07**<br>**Phone bill** | | | | **104.00** |
| Account No. **xxxxxxxxx0001**<br><br>**Verizon Wireless**<br>**15900 Se Eastgate Way**<br>**Bellevue, WA 98008** | | H | **Opened 10/01/07 Last Active 7/01/08**<br>**Cell Phone Bill** | | | | **810.00** |

Sheet no. __**23**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **177,036.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Joseph Haworth,**  **Zahra Khalili Haworth**                                         Case No.   **1:08-bk-19009-GM**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8360**<br><br>**Washington Mutual / Providian**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 10467**<br>**Greenville, SC 29603** | | C | **Opened  4/15/04  Last Active  7/24/08**<br>**spouse personal expenses** | | | | **8,000.00** |
| Account No. **xxUx8938**<br><br>**Wolf Morris**<br>**Fred M Szkolnik, Esq.**<br>**16311 Ventura Blvd., Ste 850**<br>**Encino, CA 91436** | | C | **11/07**<br>**default on business premises lease** | | | | **25,000.00** |
| Account No. **xxx1419**<br><br>**Worldwide Asset Purcha**<br>**101 Convention Center St**<br>**Las Vegas, NV 89109** | | C | **Opened  6/01/08**<br>**Hsbc Card Services (spouse) personal use** | | | | **1,606.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __24__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | **34,606.00** |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **22,625,992.68** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Anthony Joseph Haworth,**                                                    Case No.   **1:08-bk-19009-GM**
         **Zahra Khalili Haworth**
_____,
                              Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Anthony Joseph Haworth,**                                                Case No.  **1:08-bk-19009-GM**
        **Zahra Khalili Haworth**                                              ,
                                        Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

| In re | **Anthony Joseph Haworth**<br>**Zahra Khalili Haworth** | Case No. | **1:08-bk-19009-GM** |
|---|---|---|---|
| | Debtor(s) | | |

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **out of work loan broker** | **out of work model & notary** |
| Name of Employer | **unemployed** | **unemployed** |
| How long employed | **8 years** | **1 year** |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|   a. Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
|   b. Insurance | $ | **0.00** | $ | **0.00** |
|   c. Union dues | $ | **0.00** | $ | **0.00** |
|   d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income | | | | |
| (Specify): **Notary income** | $ | **0.00** | $ | **300.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **300.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **0.00** | $ | **300.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **300.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor has been living for the past 6 months by selling his mother-in-law's furniture and his own furniture, and his is now all gone. He is being evicted from his soon-to-be-former Glendale residence on 12/31/08. Debtor spouse is living with her relatives in an apartment Canoga Park. Debtor will move in with his spouse on 1/1/09. Debtor has been living on gifts from family and friends.**

B6J (Official Form 6J) (12/07)

In re **Anthony Joseph Haworth**
**Zahra Khalili Haworth** _____    Case No.    **1:08-bk-19009-GM** _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|    a. Are real estate taxes included?  Yes ____  No **X** | | |
|    b. Is property insurance included?  Yes ____  No **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 0.00 |
|    b. Water and sewer | $ | 0.00 |
|    c. Telephone | $ | 0.00 |
|    d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 0.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 0.00 |
|    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other | $ | 0.00 |
|    c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|    Other | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 0.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a.   Average monthly income from Line 15 of Schedule I | $ | 300.00 |
| b.   Average monthly expenses from Line 18 above | $ | 0.00 |
| c.   Monthly net income (a. minus b.) | $ | 300.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Anthony Joseph Haworth**
**Zahra Khalili Haworth**
_____
Debtor(s)

Case No.   **1:08-bk-19009-GM**
Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **42** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 26, 2008**      Signature   **/s/ Anthony Joseph Haworth**
**Anthony Joseph Haworth**
Debtor

Date   **November 26, 2008**      Signature   **/s/ Zahra Khalili Haworth**
**Zahra Khalili Haworth**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Anthony Joseph Haworth**
**Zahra Khalili Haworth**
_____
Debtor(s)

Case No.    **1:08-bk-19009-GM**
Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,000.00** | **2007:  Debtor made about $100,000 early in the year, and suffered a loss overall.** |
| | **2006:  Debtor's accountant has not completed his 2007 or 2007 tax returns.** |
| | **2008:  Spouse made about $4-5000 performing notary services** |

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

2

**2. Income other than from employment or operation of business**

None  ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $100,000.00 | **2007:  Debtor:  pesonal portion of loan from east-west bank to fund business operations, paid $1,000,000 from the Chatsworth house used to pay East West Bank.**<br>**2007:  Debtor sold La Canada house and made zero from escrow** |
| $250,000.00 | **2006:  business grossed 10,000,000 but was overextended.  Debtor estimates he took money for personal expenses** |
| $30,000.00 | **2008:  Debor sold furniture for about** |
| $30,000.00 | **2007:  Debtor used proceeds of $30,000 cash advance from East West loan to live in 2008.** |

**3. Payments to creditors**

None  ■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None  ■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None  ■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Banc of America Leasing & Capital LLC V. Anthony Haworth ET Case Number BC 380528** | **Judgment Debtor Examination Hearing** | **LASC, Stanley Mosk Courthouse, 111 North Hill ST, L.A.** | **`Future Hearings 12/17/08** |
| **Balboa Capital V. Haworth & Associates, ET  Case number 07CC10678** | **Monetary/Collections** | **Superior Court Of California / Orange County 700 Civic Center Drive West Santa Ana, CA 92701** | |
| **BB&T Equipment Finance Corp V. International Mortgage Case Number BC376138** | **Notice of Attachment Property at 20201 Wyndreed Ln. Glendale, CA** | **LASC Los Angeles, 111 North Hill St.** | **Default Judgment** |
| **East West Bank V. International Mortgage Company Et AL Case Number BC 383726** | **Contractual Fraud** | **LASC 111 North Hill St. LA CA 90012** | **Default Judgment** |
| **Beverly Wilshire Investment Co. V. Anthony Haworth, ET Al. Case Number SC096599** | **Unlawful Detainer-Eviction** | **LASC West District Santa Monica Courthouse** | **Entry of Judgment** |
| **CIT TECHNOLOGY FINANCING SERVICES V.International Mortgage Co Case Number EC045553** | **Breach Contract** | **LASC- North Central District Glendale** | **Default Judgment** |
| **Bal Global Finance LLC V. International Mortgage Co. Case Number BC 380563** | **Breach of Contract/Notice of Cont'd Judgment and Debtrors Examination and Issuance of Bench Warrant** | **LASC 111 N. Hill St. LA CA** | **Default Judgment** |
| **Metropolitan Life Ins. V. International Mortgage Case Number EC 045738** | **Breach/Rental Lease** | **North Central District 600 East Broadway, Glendale, CA** | **Default Jedgment** |
| **Metropolitan Life Insurance V. International Mortgage Co. Case Number EC045739** | **Complaint for UnLawful Detainer** | **LASC- 600 E. Broadway, Glendale CA** | **Default Judgment Per Declaration** |
| **Lyon Financial Services V. International Mortgaage Co. Case Number EC044768** | **Breach of Contract** | **600 East Broadway, Glendale CA** | **Default Judgment** |
| **Cyrus Nikou ET AL & Prodigize, Inc  V. International Mortgage Company Case Number BC354737** | **Breach Contract** | **111 N. Hill St. LA CA Central District** | **Judgment** |
| **Elegant Leasing V. International Mortgage Co. Case Number BC378750** | **Breach Contract** | **LASC 111 N. Hill St. LA CA** | **Default Judgment** |
| **Andrew Cervik V. International Mortgage Co. Case Number BC373137** | **Breach of Contract** | **111 N. Hill ST. LA CA** | **Default Judgment** |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Melinda P.Gordon DMD ET AL V. International Mortgage Co**<br>**Case Number  BC374937** | **Breach of Fiduciary Duty** | **111 N. Hill St. LA CA** | **Dismissed** |
| **Pacific Western Bank V. International Mortgage**<br>**Case Number BC377693** | **Breach of Contract** | **111 N. Hill ST. LA CA** | **Default Judgment** |
| **Sameer Sharif V. Daniela Coffey ET AI & International Mortgage Co.**<br>**Case Number BC370307** | **Real Property Rights** | **111 N. Hill St. LA CA** | **Dismissed 7/25/08** |
| **Rafael Zaragoza Vs. Jose Javier Ortega ET AL**<br>**Case Number BC 356020** | **Contractual Fruad** | **LASC** | **Judgment 11/03/08** |
| **Leaf Financial Corporation V. Haworth & Associates**<br>**Case Number BC386024** | **Breach of Contract** | **LASC 111 N. Hill ST. LA CA** | **Default Judgment** |
| **Baudelio Garay ET AL V. International Mortgage Co**<br>**Case Number BC396516** | **Commercial/Business Tort** | **111 N. Hill St. LA CA** | **Future Hearing 1/16/2009 at 111 North Hill St. LA CA** |
| **ALVARENGA AMELIA, V. International Mortgage Co**<br>**Case Number 07C03634** | **Fraud** | **Compton Courthouse 200 West Compton Blvd, Compton CA 90220** | **Future Hearings OSC 1/14/2009** |
| **Jeffrey Kruger V. International Mortgage Co.**<br>**Case Number 07C05449** | **Writ of Execution** | **Glendale Courthouse 600 Broadway, Glendale CA** | **Disposed By Judgment** |
| **Myra Investments, Inc V. International Mortgage Co**<br>**Case Number 07C06810** | **Abstract of Judgment** | **Glendale Courthouse, Glendale CA** | **Judgment** |
| **Caine & Weiner Co. V. International Mortgage Co.**<br>**Case Number 07K20370** | **Personal Injury** | **Stanley Mosk Courthouse** | **Disposed** |
| **Eselin !!!, James V. International Mortgage Co**<br>**Case Number 08C03932** | **Labor Commissioner** | **Glendale Courthouse 600 Broadway, Glendale, CA** | **Judgment** |
| **Labor Commissioner State of California V. International Mortgage Co.**<br>**Case Number 08C01498** | **Labor Comm. Award** | **Beverly Hills, CA Courthouse** | **Judgment** |
| **Standard Professional Services V. International Mortgage Co.**<br>**Case Number 08C02242** | **Collections Case** | **Beverly Hills Courthouse, Beverly Hills, CA** | **Judgment** |
| **Calderon, Joel V. International Mortgage Co.**<br>**Case Number 08C03855** | **Labor Comm. Award** | **Glendale Court House 600 Broadway, Glendale CA** | **Judgment** |
| **Samayoa, Carlos V. International Mortgage Co.**<br>**Case Number 08C01497** | **Labor Comm. Award** | **Beverly Hills Courthouse, Beverly Hills, CA** | **Judgment** |
| **MP Warner Center !!! V. International Mortgage Co**<br>**Case Number LC075805** | **UD/Commercial** | **LASC** | **Dismissed** |

5

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Melinda P. Gordon, DMD, ET Al V. Re/Max Olson, IMC Case Number PC044090** | **Business Tort/Commercial** | **LASC** | **Future Hearings 4/15/2009 at 8:30am, F49 9425 Penfield Ave Chatsworth CA 91311** |
| **Manhattan Leasing Enterprises, Ltd V. International Mortgage Co. Case Number EC045967** | **Breach of Contract** | **LASC** | **Default Judgment** |
| **General Electric Capital Corp V. International Mortgage Co. Case Number EC046475** | **Breach/Rental/Lease** | **LASC** | **Dismissed/other 5/12/08** |

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **American Honda Finance 6261 Katella Ave, Ste 1A Cypress, CA 90630** | **4/08** | **jointly owned Honda Accord, from lease default** |
| **American Honda Finance 6261 Katella Ave, Ste 1A Cypress, CA 90630** | **11/07** | **Honda Accord of Spouse lease default** |
| **Hornsburg Land Rover & jaguar 9176 Sunset Blvd. West Hollywood, CA 90069** | **4/08** | **Range Rover lease default** |

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

6

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Mortgage business IMC** | **meltdown of the subprime mortgage business** | **12/07** |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **McNally & Associates, PC** <br> **206 N Jackson St #100** <br> **Glendale, CA 91206-4330** | **11/11/08** | **$1,000.00** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

7

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Citibank**<br>**Westood Branch**<br>**Los Angeles, CA 90024** | **checking acct** | **overdrawn by bank Nov 07** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **860 Greenridge Dr.**<br>**La Canada, CA 91011** | **Anthony & Zahra Haworth** | **10/05 to 2/07** |
| **9051 Oriole Way**<br>**West Hollywood, CA 90069** | **Anthony Haworth** | **2/07 to 10/07** |
| **146 S. Peck Dr.**<br>**Beverly Hills, CA 90212** | **Anthony Haworth** | **7/07 to 11/07** |
| **10445 Wilshire Blvd., #1205**<br>**Los Angeles, CA 90024** | **Zahra Haworth** | **2/07 to 12/07** |
| **8758 De Soto Ave. #101**<br>**Canoga Park, CA 91304** | **Zahra Haworth** | **12/07 to 6/08** |

8

**16. Spouses and Former Spouses**

None ☐ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Liza Haworth, divorced in 2003**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

9

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Carolyn Denny CPA<br>23822 W. Valendia Blvd. #301<br>Valencia, CA 91355 | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Carolyn Denny CPA | 23822 W. Valendia Blvd. #301<br>Valencia, CA 91355 |

10

None
☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
    issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **East West Bank** | **10/2006** |
| **Attn:  Doug Krause, Agent** | |
| **135 N. Los Robles Ave., 7th Floor** | |
| **Pasadena, CA 91101** | |

### 20. Inventories

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
   and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
   controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
   commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
   immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
   in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
   commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

11

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

12

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __**November 26, 2008**_____    Signature  __**/s/ Anthony Joseph Haworth**_____

                                                     **Anthony Joseph Haworth**
                                                     Debtor

Date  __**November 26, 2008**_____    Signature  __**/s/ Zahra Khalili Haworth**_____

                                                     **Zahra Khalili Haworth**
                                                     Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Central District of California

In re   **Anthony Joseph Haworth**
**Zahra Khalili Haworth**

Case No.   **1:08-bk-19009-GM**

Debtor(s)    Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **-NONE-** | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Form 8 Cont.
(10/05)

In re    **Anthony Joseph Haworth**
**Zahra Khalili Haworth**                  Case No.    **1:08-bk-19009-GM**

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

Date   **November 26, 2008**           Signature    **/s/ Anthony Joseph Haworth**

                                               **Anthony Joseph Haworth**
                                               Debtor

Date   **November 26, 2008**           Signature    **/s/ Zahra Khalili Haworth**

                                               **Zahra Khalili Haworth**
                                               Joint Debtor

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)     1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: **1:08-bk-19009-GM** |
|---|---|
| **Anthony Joseph Haworth**<br>**Zahra Khalili Haworth**<br><br>Debtor. | **DISCLOSURE OF COMPENSATION<br>OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 7,500.00 |
   | Prior to the filing of this statement I have received | $ 1,000.00 |
   | Balance Due | $ 6,500.00 |

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)**            **1998 USBC, Central District of California**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following services
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **November 26, 2008** | **/s/ Gerald McNally** |
| *Date* | **Gerald McNally 116861** |
| | *Signature of Attorney* |
| | **McNally & Associates, PC** |
| | *Name of Law Firm* |
| | **206 N Jackson St #100** |
| | **Glendale, CA 91206-4330** |
| | **(818) 507-5100  Fax: (818) 507-5001** |

---

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar No. | FOR COURT USE ONLY |
|---|---|
| **Gerald McNally**<br>**206 N Jackson St #100**<br>**Glendale, CA 91206-4330**<br>**(818) 507-5100 Fax: (818) 507-5001**<br>California State Bar No.: **116861**<br><br>*Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Anthony Joseph Haworth**<br>**Zahra Khalili Haworth** | CHAPTER __7__<br><br>CASE NUMBER **1:08-bk-19009-GM** |
|---|---|
| Debtor. | (No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.  I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.  On *(specify date)* __11/11/08__, I agreed with the Debtor that for a fee of $__7,500.00__, I would provide only the following services:

    a.  ■   Prepare and file the Petition and Schedules

    b.  ■   Represent the Debtor at the 341(a) Hearing

    c.  ■   Represent the Debtor in any relief from stay actions

    d.  ☐   Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

    e.  ☐   Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

    f.  ☐   Other *(specify)*:

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated:   **November 26, 2008**

**McNally & Associates, PC**
*Law Firm Name*

I HEREBY APPROVE THE ABOVE:

By:   **/s/ Gerald McNally**

**/s/ Anthony Joseph Haworth**
*Signature of Debtor*

Name:   **Gerald McNally 116861**
*Attorney for Debtor*

**/s/ Zahra Khalili Haworth**
*Signature of Joint Debtor*

---

*Rev. 1/01* This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

**F 2090-1.1**

February 2006                                                        2006 USBC Central District of California

# United States Bankruptcy Court
## Central District of California

In re    **Anthony Joseph Haworth**
      **Zahra Khalili Haworth**

Debtor(s)

Case No.   **1:08-bk-19009-GM**
Chapter   **7**

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I,   **Anthony Joseph Haworth**  , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐      I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐      I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

■      I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I,   **Zahra Khalili Haworth**  , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐      I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐      I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

■      I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date   **November 26, 2008**     Signature   **/s/ Anthony Joseph Haworth**
                                                **Anthony Joseph Haworth**
                                                Debtor

Date   **November 26, 2008**     Signature   **/s/ Zahra Khalili Haworth**
                                                **Zahra Khalili Haworth**
                                                Joint Debtor

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B22A (Official Form 22A) (Chapter 7) (01/08)

| | |
|---|---|
| In re    **Anthony Joseph Haworth**<br>**Zahra Khalili Haworth**<br><span style="font-size:small">Debtor(s)</span> | |

Case Number:    **1:08-bk-19009-GM**
<span style="font-size:small">(If known)</span>

| According to the calculations required by this statement: |
|---|
| ☐ **The presumption arises.** |
| ■ **The presumption does not arise.** |
| (Check the box as directed in Parts I, III, and VI of this statement.) |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | **Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>■ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** |
|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

| | | Column A<br><br>Debtor's<br>Income | Column B<br><br>Spouse's<br>Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>| | Debtor | Spouse |<br>\|---\|---\|---\|<br>\| a. \| Gross receipts \| $ \| $ \|<br>\| b. \| Ordinary and necessary business expenses \| $ \| $ \|<br>\| c. \| Business income \| Subtract Line b from Line a \| \| | $ | $ |
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>| | Debtor | Spouse |<br>\|---\|---\|---\|<br>\| a. \| Gross receipts \| $ \| $ \|<br>\| b. \| Ordinary and necessary operating expenses \| $ \| $ \|<br>\| c. \| Rent and other real property income \| Subtract Line b from Line a \| \| | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |

B22A (Official Form 22A) (Chapter 7) (01/08)                                                                                                  2

| | | | |
|---|---|---|---|
| 8 | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose. Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | Unemployment compensation. Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ _____   Spouse $ _____ | $ | $ |
| 10 | Income from all other sources. Specify source and amount.  If necessary, list additional sources on a separate page. Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. <br><br>                               Debtor        Spouse <br> a. _____ $ _____ $ _____ <br> b. _____ $ _____ $ _____ <br> Total and enter on Line 10 | $ | $ |
| 11 | Subtotal of Current Monthly Income for § 707(b)(7). Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | $ | $ |
| 12 | Total Current Monthly Income for § 707(b)(7). If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | | $ |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | Annualized Current Monthly Income for § 707(b)(7).  Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br>    a. Enter debtor's state of residence: _____   b. Enter debtor's household size: _____ | $ |
| 15 | Application of Section 707(b)(7). Check the applicable box and proceed as directed. <br><br> ☐ The amount on Line 13 is less than or equal to the amount on Line 14.  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br><br> ☐ The amount on Line 13 is more than the amount on Line 14.  Complete the remaining parts of this statement. |

Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | Enter the amount from Line 12. | $ |
| 17 | Marital adjustment. If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. <br><br> a. _____ $ _____ <br> b. _____ $ _____ <br> c. _____ $ _____ <br> d. _____ $ _____ <br> Total and enter on Line 17 | $ |
| 18 | Current monthly income for § 707(b)(2).  Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

B22A (Official Form 22A) (Chapter 7) (01/08)                                                                                                           3

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. Allowance per member | | a2. Allowance per member | |
| b1. Number of members | | b2. Number of members | |
| c1. Subtotal | | c2. Subtotal | |

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  **Do not enter an amount less than zero.** | $ |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0    ☐ 1    ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

**B22A (Official Form 22A) (Chapter 7) (01/08)** 4

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br><br> ☐ 1   ☐ 2 or more. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** <br> | |
|---|---|---|
|  | | a. | IRS Transportation Standards, Ownership Costs | $ | |
|  | | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
|  | | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br><br> ☐ 1   ☐ 2 or more. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** |
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** |
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |

| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |

| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |

| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |

| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |

| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |

| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |

| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

B22A (Official Form 22A) (Chapter 7) (01/08)                                                                          5

| | **Subpart B: Additional Living Expense Deductions** | | |
|---|---|---|---|
| | **Note: Do not include any expenses that you have listed in Lines 19-32** | | |
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> Total and enter on Line 34. **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $ | | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | | $ |

**B22A (Official Form 22A) (Chapter 7) (01/08)**                                                          **6**

| | **Subpart C: Deductions for Debt Payment** |
|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |

| | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|---|
| | a. | | | $ | ☐yes ☐no | |
| | | | | Total: Add Lines | | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |
|---|---|

| | | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|---|
| | a. | | | $ | |
| | | | | Total: Add Lines | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| | a. | Projected average monthly Chapter 13 plan payment. | $ | |
|---|---|---|---|---|
| 45 | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| | **Subpart D: Total Deductions from Income** | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

| | **Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION** | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

**B22A (Official Form 22A) (Chapter 7) (01/08)**                                                                7

| | |
|---|---|
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.**  Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. |

<table>
<tr><td colspan="2" align="center"><strong>Part VII. ADDITIONAL EXPENSE CLAIMS</strong></td></tr>
<tr><td>56</td><td><strong>Other Expenses.</strong> List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page.  All figures should reflect your average monthly expense for each item.  Total the expenses.</td></tr>
</table>

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total:  Add Lines a, b, c, and d | $ |

<table>
<tr><td colspan="2" align="center"><strong>Part VIII. VERIFICATION</strong></td></tr>
<tr><td>57</td><td>I declare under penalty of perjury that the information provided in this statement is true and correct.  <em>(If this is a joint case, both debtors must sign.)</em><br><br>Date:   <u>November 26, 2008</u>          Signature:   <u>/s/ Anthony Joseph Haworth</u><br>                                                                    <strong>Anthony Joseph Haworth</strong><br>                                                                         (Debtor)<br><br>Date:   <u>November 26, 2008</u>          Signature   <u>/s/ Zahra Khalili Haworth</u><br>                                                                    <strong>Zahra Khalili Haworth</strong><br>                                                                         (Joint Debtor, if any)</td></tr>
</table>

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **Gerald McNally 116861**

Address   **206 N Jackson St #100 Glendale, CA 91206-4330**

Telephone **(818) 507-5100 Fax: (818) 507-5001**

■ Attorney for Debtor(s)
□ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Anthony Joseph Haworth**<br>**Zahra Khalili Haworth**<br>**DBA Haworth & Associates, Inc.; DBA International Mortgage Company, Inc.; DBA Internatlional Realty, Inc.; DBA International Escrow, Inc.; DBA International Mortgage Company Escrow Division; AKA Anthony J Haworth; DBA International Title Company, Inc.** | Case No.:      **1:08-bk-19009-GM**<br><br>Chapter:      **7** |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __**16**__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  **November 26, 2008**                    **/s/ Anthony Joseph Haworth**
                                                **Anthony Joseph Haworth**
                                                Signature of Debtor

Date:  **November 26, 2008**                    **/s/ Zahra Khalili Haworth**
                                                **Zahra Khalili Haworth**
                                                Signature of Debtor

Date:  **November 26, 2008**                    **/s/ Gerald McNally**
                                                Signature of Attorney
                                                **Gerald McNally 116861**
                                                **McNally & Associates, PC**
                                                **206 N Jackson St #100**
                                                **Glendale, CA 91206-4330**
                                                **(818) 507-5100   Fax: (818) 507-5001**