1 | Mark A. Serlin, CSBN: 122155
Kevin P. Whiteford, CSBN: 142916
2 | SERLIN & WHITEFORD, LLP
813 F Street, 2nd Floor
3 | Sacramento, CA 95814
Telephone:    (916) 446-0790
4 | Facsimile:    (916) 446-0791

**ENTERED**

DEC 2 4 2008

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                Deputy Clerk

**FILED**

DEC 2 3 2008

CLERK, U.S. ...
CENTRAL DISTRICT OF C...
BY ...

5 | Attorneys for Creditor
BANC OF AMERICA LEASING & CAPITAL, LLC

6

7

8 | IN THE UNITED STATES BANKRUPTCY COURT

9 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

10 | SAN FERNANDO VALLEY DIVISION

11

12 | In re                                                     )    CASE NO.: 1:08-bk-19009-GM
                                                              )
13 | ANTHONY JOSEPH HAWORTH,              )    **ORDER ON APPLICATION FOR RULE**
ZAHRA KHALILI HAWORTH,                   )    **2004 EXAMINATION**
                                                              )
14 | Debtors.                                             )
                                                              )
15 | _____ )

16 |     The application of Creditor Banc of America Leasing & Capital, LLC for a Federal Rule of

17 | Bankruptcy Procedure 2004 examination makes a prima facie showing that such an examination is

18 | permissible.  Accordingly,

19 |     **IT IS HEREBY ORDERED** that the debtor Anthony Joseph Haworth, on reasonable notice,

20 | may be examined, as provided by Rule 2004, and that, pursuant to Rule 2004(c), the attendance and

21 | production of documentary evidence may be compelled pursuant to Federal Rule of Civil Procedure

22 | 45.  An appropriate form is Subpoena For Rule 2004 Examination (Form 254).

23 |     IT IS FURTHER ORDERED that debtor Anthony Joseph Haworth, is free to request a

24 | protective order if the examination causes an undue burden or is otherwise inappropriate.  If the

25 | examining party is owed a debt of less than $10,000.00, then an examination that is not conducted

26 | ///

27 | ///

28 | ///

1    in the debtor's county of residence, or where the debtor's counsel is located, or where the meeting

2    of creditors was held, is presumptively unreasonable.

3    DATED: _12/23/08_

4                                             U.S. BANKRUPTCY JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
    Z:\Active Files\BANC OF AMERICA\Haworth\BK CT DOCS\2004 exam.order.upload.wpd

28

1          **PROOF OF SERVICE OF [PROPOSED ORDER]**

2     I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business
      address is:

3
      813 F Street, 2nd Floor
4     Sacramento, CA 95814

5     The foregoing document described as [PROPOSED] **ORDER ON APPLICATION FOR RULE
      2004 EXAMINATION** will be served or was served in the manner indicated below:

6

7     I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -
      Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing
8     document will be served by the court via NEF and hyperlink to the document.  On (date) I checked
      the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
9     following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email
      address(es) indicated below:

10

11

12    II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL:
      On December 4, 2008 I served the following person(s) and/or entity(ies) at the last known
13    address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy
      thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with
14    an overnight mail service addressed as follows:

15    **Debtor's Counsel:** Gerald McNally, Esq., 206 N. Jackson Street, Suite 100, Glendale, CA 91206-
      4330
16    **Debtor:** Anthony Joseph Haworth, 8761 De Soto Avenue, #129, Canoga Park, CA 91304
      **Chapter 7 Trustee:**  David Keith Gottlieb, 15233 Ventura Blvd., 9th Floor, Sherman Oaks, CA
17    91403-2201
      **U.S. Trustee:** U.S. Trustee, United States Trustee (SV) , 21051 Warner Center Lane, Suite 115,
18    Woodland Hills, CA 91367

19

20    III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL:
      Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on (date) I served the following person(s)
21    and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or
      email as follows:

22

23

24    I declare under penalty of perjury under the laws of the United States of America that the foregoing
      is true and correct.

25

26    12/4/2008                                         _____
      Date                                              LAURA A. O'BOYLE
27

28

---

1          **SERVICE LIST FOR ENTERED ORDER**

2    Notice is given by the court that a judgment or order entitled **ORDER ON APPLICATION FOR RULE 2004 EXAMINATION** was entered on the date indicated as "Entered" on the first page of
3    this judgment or order and will be served in the manner indicated below:

4

5    I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u> -
     Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing
6    document will be served by the court via NEF and hyperlink to the document. On (date) I checked
     the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
7    following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email
     address(es) indicated below:
8

9    Unites States Trustee (SV),  ustpregion16.wh.ecf@usdoj.gov

10   Counsel for Debtor, Gerald McNally, gm@mcesq.com

11   Chapter 7 Trustee, David Keith Gottlieb, dkgtrustee@horwathcal.com, CA5A@ecfcbis.com

12   Counsel for Banc of America, Mark A. Serlin, mserlin@globelaw.com

13

14   II. <u>SERVED BY THE COURT VIA U.S. MAIL</u>:
     A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the
15   following person(s) and/or entity(ies) at the address(es) indicated below:

16   Debtor - Anthony Joseph Haworth, 8761 De Soto Avenue, #129, Canoga Park, CA 91304

17

18   III. <u>TO BE SERVED BY THE LODGING PARTY</u>:
     Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp,
19   the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by
     U.S. Mail, overnight mail, facsimile transmission or email on the following person(s) and/or
20   entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated
     below:
21

22

23

24

25

26

27

28

---

ORDER ON APPLICATION FOR                              *In re Anthony Joseph Haworth, et al.*
RULE 2004 EXAMINATION              **4.**              Case Number 2:05-bk-43976-BB