# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Gerald McNally | Atty Name (if applicable): | Gerald McNally |
| Street Address: | 206 N Jackson St #100<br>Glendale, CA 91206-4330 | CA Bar No. (if applicable): | 116861 |
| Filer's Telephone No.: | (818) 507-5100 | Atty Fax No. (if applicable): | (818) 507-5001 |

| In re: | Case No. 1:08-bk-19009-GM |
|---|---|
| Anthony Joseph Haworth<br>Zahra Khalili Haworth | Chapter 7 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☒ Yes    ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☒ A    ☐ B    ☐ C    ☒ D    ☐ E    ☒ F    ☐ G    ☐ H    ☐ I    ☐ J
☐ Statement of Social Security Number(s)    ☒ Statement of Financial Affairs
☐ Statement of Intention    ☐ Other

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Anthony Joseph Haworth and Zahra Khalili Haworth**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

**\*\*FOR COURT USE ONLY\*\***

DATED:    January 8, 2009

/s/ Anthony Joseph Haworth
Anthony Joseph Haworth
*Debtor Signature*

/s/ Zahra Khalili Haworth
Zahra Khalili Haworth
*Co-Debtor Signature*

**\*\*SEE PROOF OF SERVICE\*\***

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:   January 8, 2009

Gerald McNally
Print or Type Name

/s/ Gerald McNally
Signature

(SEE ATTACHED MAILING LIST.)

Chapter 7 Trustee:
David Gottlieb, CPA
15233 Ventura Blvd, 9th Floor
Sherman Oaks, CA 91403

Additional Creditors:

Old Republic Sureto Co.
Attn: Dean Rhinehart
P.O. Box 1655
Milwaukee, WI 53201

Pacific Western Bank
400 N. Brand Blvd., Ste 100
Glendale, CA 91203

Larry G. Ivanjack, Esq.
Parker, Miliken et al
555 S. Flower St., #3000
Los Angeles, CA 90071

Loa Investments LLC
4020 Palos Verdes Dr. N. #107
Rolling Hills Estate, CA 90274

Sark & Aline Antaramian
P.O. Box 1785
Studio City, CA 91614

In re  **Anthony Joseph Haworth,**
       **Zahra Khalili Haworth**

Case No. **1:08-bk-19009-GM**

Debtors

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 32 undeveloped acres at 141 Buckskin Road, Bell Canyon, CA 91307 | Owned by Int'l Mortgage Co. | C | 700,000.00 | 800,000.00 |

|  |  | Sub-Total > | 700,000.00 | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | 700,000.00 |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re  Anthony Joseph Haworth,
       Zahra Khalili Haworth
                                                            Debtors

Case No. __1:08-bk-19009-GM__

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **141 buckskin rd** <br><br> Loa Investments LLC <br> 4020 Palos Verdes Dr. N. #107 <br> Palos Verdes Peninsula, CA 90274 | | C | 6/6/2007 <br><br> First TD <br><br> 32 undeveloped acres at 141 Buckskin Road, Bell Canyon, CA 91307 <br><br> Value $    700,000.00 | | | | 800,000.00 | 100,000.00 |
| Account No. **IMC** <br><br> Sark & Aline Antaramian <br> P O Box 604 <br> Sherman Oaks, CA 91430 | | C | 11/2007 <br><br> 32 undeveloped acres at 141 Buckskin Road, Bell Canyon, CA 91307 <br><br> Value $    700,000.00 | | | | 35,000.00 | 35,000.00 |
| Account No. | | | <br><br> Value $ | | | | | |
| Account No. | | | <br><br> Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 835,000.00 | 135,000.00 |
| | | | Total <br> (Report on Summary of Schedules) | | | | 835,000.00 | 135,000.00 |

B6F (Official Form 6F) (12/07)

In re  Anthony Joseph Haworth,    Case No. __1:08-bk-19009-GM__
       Zahra Khalili Haworth
_____,
                  Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx-xxx-xxx168-6<br><br>Aicco, Inc<br>777 S. Figueroa St.<br>Los Angeles, CA 90017 | | C | 2005<br>10 Accounts; business insurance premium finance | | | | 5,000.00 |
| Account No.<br><br>Additional Notice Party:<br>Aicco, Inc | | | AICCO (bk)<br>Imperial A-1 Credit Companies Inc<br>101 Hudson St. #3400<br>Jersey City, NJ 07302-3905 | | | | |
| Account No. IMC<br><br>Al Shredding<br>P O Box 892<br>Burbank, CA 91503 | | C | 2005<br>5 accounts; document disposal service | | | | 2,500.00 |
| Account No. imc/haworth<br><br>All Points Capital Corp<br>PO Box 61540<br>New Orleans, LA 70160 | | C | 2005<br>bentley lease default | | | | 100,000.00 |

__25__ continuation sheets attached

Subtotal
(Total of this page)    107,500.00

In re  Anthony Joseph Haworth,
       Zahra Khalili Haworth

Case No.  **1:08-bk-19009-GM**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x-xxxx-xxx7541<br><br>Allied Waste Services<br>2509 W. Rosecrams Avenue<br>Los Angeles, CA 90059 | | C | 2006<br>rubbish service | | | | 2,000.00 |
| Account No. xxxxxxxxxxxx9793<br><br>American Express<br>c/o Becket and Lee<br>Po Box 3001<br>Malvern, PA 19355 | | H | Opened 4/28/02 Last Active 8/22/07<br>personal expenses | | | | 14,705.00 |
| Account No. xxxxxxxxxxxx0093<br><br>American Express<br>c/o Becket and Lee<br>Po Box 3001<br>Malvern, PA 19355 | | C | Opened 7/10/07 Last Active 9/03/07<br>personal expenses | | | | 2,651.00 |
| Account No. xxxxxxxxxxxx5063<br><br>American Express<br>c/o Becket and Lee<br>Po Box 3001<br>Malvern, PA 19355 | | C | Opened 7/02/07 Last Active 10/30/07<br>personal expenses | | | | 1,712.00 |
| Account No. xxxx0052<br><br>American Honda Finance<br>Po Box 168088<br>Irving, TX 75016 | | C | Opened 3/01/06 Last Active 3/05/08<br>2005 honda lease (spouse for sister); repossessed | | | | 20,912.00 |

Sheet no. **1** of **25** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    41,980.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Anthony Joseph Haworth,  
     Zahra Khalili Haworth

Case No. **1:08-bk-19009-GM**

_____,  
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx8632<br><br>American Honda Finance<br>Po Box 168088<br>Irving, TX 75016 | | C | Opened 12/01/04  Last Active  9/03/07<br>Lease; vehicle repossessed | | | | 15,553.00 |
| Account No. IMC<br><br>Ampco Parking System<br>945 W. 8th Street<br>Los Angeles, CA 90017 | | C | 2005<br>Parking for business | | | | 10,000.00 |
| Account No. BC xx3137<br><br>Andrew Cervik<br>2272 Colorado Blvd. #1180<br>Los Angeles, CA 90041 | | C | 2005<br>legal services--in-house for IMC business | | | | 41,000.00 |
| Account No. Haworth<br><br>Arrowhead Mountain Spring Water<br>PO Box 856158<br>Louisville, KY 40285-6158 | | C | 2003-6<br>business bottled water service | | | | 10,000.00 |
| Account No. xxxx7767<br><br>Asset Acceptance<br>Po Box 2036<br>Warren, MI 48090 | | C | 4/08<br>Hsbc Bank Nevada  N.A. Range Rover lease default; repossessed | | | | 1,395.00 |

Sheet no. __2__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  **77,948.00**

In re  Anthony Joseph Haworth,
     Zahra Khalili Haworth

Case No. __1:08-bk-19009-GM__

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. IMC<br><br>AT&T<br>2605 W. Olympic Blvd.<br>Los Angeles, CA 90021 | | C | 2003-2005<br>12-15 accounts; business telephone service for all locations | | | | 25,000.00 |
| Account No. xxx3210<br><br>Atlantic Crd<br>P O Box 13386<br>Roanoke, VA 24033 | | C | 2005<br>01 Hsbc RetaiL personal expenses | | | | 17,666.00 |
| Account No. IMC<br><br>Avert<br>2021 N. Pass Avenue<br>Burbank, CA 91505 | | C | 2005<br>termite work | | | | 10,000.00 |
| Account No. IMC<br><br>Balboa Capital Corporation<br>2010 Main Street 11th Floor<br>Irvine, CA 92614 | | C | 2005<br>office equipment lease balance | | | | 24,898.88 |
| Account No. BC xx0528<br><br>Banc of America Leasing & Capital<br>Attn: Bankruptcy Dept<br>555 California St.<br>San Francisco, CA 94104 | | C | 2006<br>equipment lease | | | | 151,095.00 |

Sheet no. __3__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  228,659.88

In re  Anthony Joseph Haworth,
       Zahra Khalili Haworth

Case No. __1:08-bk-19009-GM__

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Additional Notice Party:<br>Banc of America Leasing & Capital | | | Kevin Whiteford, Esq.<br>Serlin & Whiteford LLP<br>813 F St., 2nd Floor<br>Sacramento, CA 95814 | | | | |
| Account No. xxxx-xxxx-xxxx-8973<br>Bank of America BK<br>POB 26012, NC4-105-03-14<br>Greensboro, NC 27420 | | C | 2007<br>Business Credit Card | | | | 30,000.00 |
| Account No. xxxx2994<br>Bay Area Credit Servic<br>97 E Brokaw Rd<br>Suite 240<br>San Jose, CA 95112 | | H | 2005<br>CollectionAttorney At T - West business phone | | | | 393.00 |
| Account No. BC xx6138<br>BB&T Equipment Finance<br>Attn: Lisa I. Moberly, BB&T<br>200 West Second St., 3rd Flr Lgl<br>Winston Salem, NC 27101 | | C | 2004-2005-2006<br>Office furniture & equipment in IMC branch offices; lease default | | | | 383,015.00 |
| Account No.<br>Additional Notice Party:<br>BB&T Equipment Finance | | | BB&T Equipment Finance Corp<br>Attn: CT Corporation Syst.<br>818 West 7th St.<br>Los Angeles, CA 90017 | | | | |

Sheet no. __4__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **413,408.00**

In re    Anthony Joseph Haworth,
         Zahra Khalili Haworth

Case No.  **1:08-bk-19009-GM**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Additional Notice Party: <br> **BB&T Equipment Finance** | | | Hemar Rousso & Heald, LLP <br> 15910 Ventura Blvd., 12th Floor <br> Encino, CA 91436 | | | | |
| Account No. **Haworth** <br> Bernard Greenberg <br> C/O Arthur Greenberg <br> 16000 Ventura Blvd. Suite 1000 <br> Encino, CA 91436 | C | | 2005 <br> unsecured land Loan | | | | 200,000.00 |
| Account No. **IMC** <br> Beverly Wilshire Investment Corp <br> Jenus Nourafchan, Esq. <br> 9454 Wilshire Blvd., Ste 500 <br> Beverly Hills, CA 90212 | C | | 2007 <br> building premises lease; debtor was guarantor | | | | 16,500.00 |
| Account No. **IMC** <br> Breakaway Press <br> 9620 Topanga Canyon Pl. # A <br> Chatsworth, CA 91311 | C | | 2004-2005 <br> 5 accounts; business printing | | | | 2,000.00 |
| Account No. **xxx-2089** <br> Calif Department of Corporations <br> 320 West 4th St., Ste 750 <br> Los Angeles, CA 90013-2344 | C | | 6/07 <br> Disputed claim for shortage in escrow account of Internationl Escrow Company | | | X | 106,000.00 |

Sheet no.  **5**  of  **25**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

324,500.00

In re  Anthony Joseph Haworth,  
      Zahra Khalili Haworth

Case No. __1:08-bk-19009-GM__

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Additional Notice Party:<br>Calif Department of Corporations | | | Judy L. Hartley, Esq<br>Senior Corporations Counsel<br>Department of Corporations<br>320 West 4th St., Ste 750<br>Los Angeles, CA 90013-2344 | | | | |
| Account No. xxx6009<br>Canon<br>110 West Walnut Street<br>Gardena, CA 90248 | | C | 2004-5-6<br>February-2005-May-2007; office equipment leases | | | | 4,324.66 |
| Account No. Haworth IMC<br>Carolyn Denny CPA<br>23822 W. Valendia Blvd. #301<br>Valencia, CA 91355 | | C | 2004-2006<br>tax preparation services | | | | 50,000.00 |
| Account No. xxxxx2678<br>Cbe Group<br>131 Towe Park Dr Suite 100<br>Waterloo, IA 50701-9374 | | C | 2007<br>CollectionAttorney Dish Network | | | | 776.00 |
| Account No. xxxxxxxx5052<br>Chase<br>Attn: Bankruptcy Dept<br>Po Box 100018<br>Kennesaw, GA 30156 | | H | Opened 10/01/02  Last Active 1/11/08<br>personal expenses | | | | 47,848.00 |
| Sheet no. __6__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | 102,948.66 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Anthony Joseph Haworth,
        Zahra Khalili Haworth

Case No. __1:08-bk-19009-GM__

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx1932<br><br>Chase - Cc<br>Attention: Banktruptcy Department<br>Po Box 15298<br>Wilmintgon, DE 19850 | | H | Opened 3/01/05 Last Active 1/11/08<br>business credit card | | | | 30,532.00 |
| Account No. IMC<br><br>CIT Technology Financing Svcs<br>Jennifer Witherell, Esq<br>15910 Ventura Blvd., Ste 1200<br>Encino, CA 91436 | | C | 2005-6<br>Equipment lease default | | | | 150,000.00 |
| Account No. xxxxxxxx6415<br><br>Citi<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64915 | | H | Opened 4/01/05 Last Active 9/20/07<br>business use credit card | | | | 368,307.00 |
| Account No. xxxxxxxxxxxx7246<br><br>Citibank / Sears<br>Po Box 20363<br>Kansas City, MO 64195 | | C | Opened 2/01/04 Last Active 1/11/08<br>personal expenses | | | | 9,679.00 |
| Account No. xxxxxxx0684<br><br>Citibank NA<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | | C | Opened 8/01/07 Last Active 11/05/07<br>personal expenses | | | | 486.00 |
| Sheet no. __7__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal<br>(Total of this page) | | | 559,004.00 |

In re  Anthony Joseph Haworth,
       Zahra Khalili Haworth
                                           Debtors,

Case No. __1:08-bk-19009-GM__

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx0716<br><br>CitiBusiness<br>POB 44180<br>Jacksonville, FL 32231-4180 | | C | 2004-6<br>business Equipment lease default | | | | 60,056.44 |
| Account No.<br><br>Additional Notice Party:<br>CitiBusiness | | | Client Services Inc<br>3451 Harry S Truman Blvd<br>Saint Charles, MO 63301 | | | | |
| Account No. xxxx-xxxx-xxxx-8229<br><br>CitiBusiness Card<br>P O Box 6414<br>The Lakes, NV 88901-6414 | | C | 2004-5-6 and early 07<br>business credit card | | | | 49,999.30 |
| Account No.<br><br>Additional Notice Party:<br>CitiBusiness Card | | | Client Services Inc<br>3451 Harry S Truman Blvd<br>Saint Charles, MO 63301 | | | | |
| Account No. IMC<br><br>Citicorp Vendor Finance<br>P O BOX 7247-0118<br>Philadelphia, PA 19170 | | C | 2004-5-6<br>2 accounts; defaulted business equipment lease | | | | 100,000.00 |

Sheet no. __8__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   210,055.74

In re  Anthony Joseph Haworth,
       Zahra Khalili Haworth

Case No. __1:08-bk-19009-GM__

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx7288<br><br>Citifinancial Retail Services<br>Po Box 140489<br>Irving, TX 75014 | | C | Opened 8/01/05 Last Active 1/24/06<br>business equipment purchases | | | | 3,888.00 |
| Account No. xxxxxxxxxx0001<br><br>City Ntl Bk<br>Gate Way Air 300 King Street<br>Wilmington, DE 19801 | | H | Opened 2/01/04 Last Active 9/04/07<br>business line of credit | | | | 99,909.00 |
| Account No. xx9801<br><br>Credit Management Cont<br>2707 Rapids Dr<br>Racine, WI 53404 | | H | Opened 2/01/08<br>CollectionAttorney City Of Glendale Water Power | | | | 408.00 |
| Account No. Haworth<br><br>Daniel Louis Lopez<br>7536 Kilgarry Avenue<br>Pico Rivera, CA 90660 | | C | 2007<br>Business Loan | | | | 50,000.00 |
| Account No. IMC<br><br>Dell Preferred Account<br>POB 6403<br>Carol Stream, IL 60197-6403 | | C | 2004-6<br>computer equipment lease default for business | | | | 150,000.00 |

Sheet no. __9__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    304,205.00

In re  Anthony Joseph Haworth,
       Zahra Khalili Haworth

Case No. **1:08-bk-19009-GM**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **IMC**<br><br>Development Guru/EC Comm<br>23411 Aliso Viejo Parkway Ste<br>Stuite K # 178<br>Aliso Viejo, CA 92656 | | C | 200406<br>2 Accounts; business computer connections | | | | 20,000.00 |
| Account No. **BC xx3726**<br><br>East West Bank<br>Attn: Doug Krause, Agent<br>135 N. Los Robles Ave., 7th Floor<br>Pasadena, CA 91101 | | C | 2/2007<br>Loan partially repaid. Debtor's corporation IMC is the defendant. business | | | | 1,098,999.27 |
| Account No. **BC xx3726**<br><br>East West Bank<br>Attn: Doug Krause, Agent<br>135 N. Los Robles Ave., 7th Floor<br>Pasadena, CA 91101 | | C | 2/2007<br>Personal component of bank loan; used in 2007 to finance business operations | | | | 1,056,377.04 |
| Account No.<br><br>Additional Notice Party:<br>East West Bank | | | Barry A. Smith<br>Buchalter Nemer<br>1000 Wiltshire Blvde. Suite 1500<br>Los Angeles, CA 90012 | | | | |
| Account No. **IMC**<br><br>Elegante Leasing<br>21700 Oxnard Street Suite 430<br>Woodland Hills, CA 91367 | | C | 2/2007<br>2001 Ferreri 360 f1 spider<br>2006 Lamborghini Murcielago; both repossessed; defaulted | | | | 601,022.73 |

Sheet no. **10** of **25** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **2,776,399.04**