Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
813 F Street, 2nd Floor
Sacramento, CA 95814
Telephone:   (916) 446-0790
Facsimile:   (916) 446-0791

Attorneys for Creditor
BANC OF AMERICA LEASING & CAPITAL, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ANTHONY JOSEPH HAWORTH,<br>ZAHRA KHALILI HAWORTH,<br><br>       Debtors.<br>_____<br><br>BANC OF AMERICA LEASING & CAPITAL, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>ANTHONY JOSEPH HAWORTH,<br>ZAHRA KHALILI HAWORTH,<br><br>       Defendants.<br>_____ | CASE NO.: 1:08-bk-19009-GM<br><br>**COMPLAINT FOR DENIAL OF DISCHARGEABILITY**<br><br>Adversary Proceeding No. _____ |

Banc of America Leasing & Capitol, LLC ("Banc") alleges for its complaint as follows:

1.  Banc is a leasing company doing business in the State of California.

2.  Anthony Joseph Haworth and Zahra Khalili Haworth (together, "Debtor") are individuals residing in the State of California and are the debtors herein.

3.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334(a) in that this proceeding arises under Title 11 of the United States Code.

4.      Venue is proper in this Court under 28 U.S.C. §1409(a) because this adversary proceeding is related to and stems from In re Anthony and Zahra Haworth, Chapter 7 case, a case now pending in the Bankruptcy Court for the Central District of California, San Fernando Valley Division.

5.      This is a core proceeding within the meaning of 28 U.S.C. §§157(b)(2)(I) and (J).

6.      During the year prior to the filing of the Debtor's bankruptcy petition herein, the Debtor, with intent to hinder, delay or defraud Banc and/or other creditors, transferred, removed, destroyed, or concealed property of the Debtor and/or property of the estate. Among other things, the Debtor transferred or concealed hundreds of thousands of dollars worth of proceeds from a securities account.

7.      Banc is informed and believes and on that basis alleges that the Debtor has also concealed, destroyed, mutilated, falsified, and/or failed to keep or preserve recorded information, including books, records, documents and papers from which the Debtor's and/or Debtor's business, International Mortgage Co., financial condition or business transactions might be ascertained.

8.      The Debtor cannot satisfactorily explain a significant loss of assets or deficiency of assets to meet the Debtor's liabilities.

9.      Banc is informed and believes and on that basis alleges that the Debtor's schedules and statement of affairs contained knowingly false statements and thus contained a false oath or account within the meaning of 11 U.S.C. §727(a)(4)(A). Further, the Debtor testified falsely in a 2004 examination in this case regarding the disposition of his assets and his sources of income prior to bankruptcy.

10.      In light of the foregoing, the Debtor should be denied a discharge pursuant to 11 U.S.C. §§727(a)(2), 727(a)(3), 727(a)(4)(A), 727(a)(5), and/or 727(a)(7).

WHEREFORE, Banc prays for judgment against the Debtor as follows:

1.      That the Debtor be denied a discharge under 11 U.S.C. §§727(a)(2), (a)(3), (a)(4)(A), (a)(5), and/or (a)(7).

2.      For costs of suit incurred herein; and

3.  For such other and further relief as this Court may deem proper.

DATED: January 22, 2009            SERLIN & WHITEFORD, LLP

By:     /s/    Mark A. Serlin
MARK A. SERLIN, Attorneys for Creditor
BANC OF AMERICA LEASING & CAPITAL, LLC

Z:\Active Files\BANC OF AMERICA\Haworth\BK ADV. PROCEEDING\Complaint Non-Discharge.wpd