Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
813 F Street, 2nd Floor
Sacramento, CA 95814
Telephone:    (916) 446-0790
Facsimile:    (916) 446-0791

Attorneys for Creditor
BANC OF AMERICA LEASING & CAPITAL, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ANTHONY JOSEPH HAWORTH,<br>ZAHRA KHALILI HAWORTH,<br><br>    Debtors.<br><br>BANC OF AMERICA LEASING &<br>CAPITAL, LLC,<br><br>    Plaintiff,<br>vs.<br><br>ANTHONY JOSEPH HAWORTH,<br>ZAHRA KHALILI HAWORTH,<br><br>    Defendants. | CASE NO.: 1:08-bk-19009-GM<br><br><br><br><br><br>Adversary Proceeding No. 1:09-ap-01021-GM<br><br><br><br>**PLAINTIFF'S PRETRIAL STATEMENT**<br><br>TRIAL DATE:  May 13, 2010<br>TIME:            10:00 a.m.<br>JUDGE:         Mund<br>CTRM:          303 |

Plaintiff Bank of America Leasing & Capital, LLC ("Plaintiff") hereby submits its pretrial statement pursuant to the order of the Court.

### I.  NATURE OF THE CASE

This is a denial of discharge case pursuant to 11 U.S.C. §727. Plaintiff maintains that within the year prior to debtors' bankruptcy petition, with intent to hinder, delay or defraud creditors such as Plaintiff, the debtors transferred, removed, destroyed or concealed property and/or property of the estate. Plaintiff has also alleged that the debtors have also concealed, destroyed, mutilated, falsified or failed to keep or preserve recorded information including books,

1  records, documents and papers from which the debtors and/or debtors' business, International
2  Mortgage Co., financial condition or business transaction might be ascertained.  Plaintiff also
3  claims the debtors cannot satisfactorily explain a significant loss of assets or deficiency of assets
4  to meet the debtors' liabilities.  Plaintiff also has alleged that the debtors submitted materially false
5  statements in their schedules and statement of affairs and/or testified falsely at a Bankruptcy Rule
6  2004 examination regarding their assets.

7  ## II.  WITNESSES AND EXHIBITS

8  Plaintiff has no witnesses of its own but instead intends to present the testimony of the
9  debtors at the Bankruptcy Rule 2004 examination and such documents as were produced pursuant
10 to a subpoena at that Bankruptcy Rule 2004 examination.  All such documents were either brought
11 to the Bankruptcy Rule 2004 examination by the debtors and/or presented and made exhibits to
12 the Bankruptcy Rule 2004 examination such that they have been in the possession of debtors for
13 months and months.  That is, Plaintiff does not intend to present at trial any documents other than
14 those that debtors either brought to the Bankruptcy Rule 2004 examination or were shown to the
15 debtors at the Bankruptcy Rule 2004 examination itself.  In an abundance of caution, the items
16 brought by Plaintiff to the Bankruptcy Rule 2004 examination are attached hereto.

17 ## III.  TRIAL READINESS/OTHER MATTERS.

18 Discovery was closed many months ago.  Plaintiff is ready for trial.  Plaintiff estimates the
19 trial will take one day.  Plaintiff will submit a copy of the Bankruptcy Rule 2004 examination
20 transcript properly authenticated by declaration as well as salient documents brought by the
21 debtors to the Bankruptcy Rule 2004 examination (again authenticated by appropriate declaration
22 of the undersigned counsel) to the Court in the near future.

23 DATED: April 15, 2010                    SERLIN & WHITEFORD, LLP

25                                         By:    /s/ - Mark A. Serlin
26                                                MARK A. SERLIN, Attorneys for Plaintiff
                                                  BANC OF AMERICA LEASING & CAPITAL, LLC

28 Z:\Active Files\BANC OF AMERICA\Haworth\BK ADV. PROCEEDING\pretrial statement.wpd

## ANTHONY J HAWORTH
## STATEMENT OF FINANCIAL CONDITION
## DECEMBER 31, 2006

**ASSETS**

| | | |
|---|---|---:|
| Cash in bank | $ | 500,000.00 |
| Marketable securities | | 4,015,000.00 |
| Investment in IMC and affiliates | | 75,000,000.00 |
| Residence | | 5,750,000.00 |
| Investments in real estate | | 7,000,000.00 |
| Personal effects | | 2,575,000.00 |
| | $ | 94,840,000.00 |

**LIABILITIES**

| | | |
|---|---|---:|
| Mortgage payable, residence (Wells Fargo) | $ | 3,880,000.00 |
| Mortgage payable (Wells Fargo) | | 2,400,000.00 |
| | $ | 6,280,000.00 |

**NET WORTH**                                              88,560,000.00

$ 94,840,000.00

_____                    _____
Anthony J. Haworth                                         Date

ANTHONY J HAWORTH
STATEMENT OF FINANCIAL CONDITION
SUPPLEMENTAL INFORMATION
As of December 31, 2006

1. Cash in Pacific Western Bank, 400 N. Brand Blvd, Glendale, CA 91203

2. Marketable securities, Money fund and various stocks, Smith Barney Brokerage Account No. 529-07272-12 010

3. Principal residence, 860 Greenridge Drive, La Canada, CA

4. Life insurance, All State Life Insurance Co., Policy #707408941R, Insured Anthony J Haworth, Beneficiaries; Liza Haworth and Sebastian Haworth, Face Value $1,000,000.00

5. Investments in solely owned, affiliated companies: International Mortgage Company, Inc; International Escrow Company, Inc; International Realty Company, Inc; and Haworth & Associates. Valued at estimated FMV

6. Real estate investments include single-family residence at: 11446 Awenita Ct, Chatsworth, CA FMV $6,995,00.00

Note: All real estate properties are listed for sale at their current FMVs. See enclosed Listing Agreements.

_____        _____
Anthony J. Haworth              Date

**PROOF OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business address is 813 F Street, 2nd Floor, Sacramento, California 95814.

On the date set forth below, I served the following documents:

**PLAINTIFF'S PRETRIAL STATEMENT**

I served the document(s) on the person(s) below, as follows (name/address/fax number or e-mail address, if applicable, and time of service, if personal service was used):

Anthony Joseph Haworth
Zahara Khalil Haworth
21306 Parthenia Street, Apt. 107
Canoga Park, CA 91304

The document(s) were served by the following means:

(X)    BY UNITED STATES MAIL. I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed above and:

( )    deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(X)    placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sacramento, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: April 15, 2010

                                                    /s/ - Carissa Jeffries
                                                 CARISSA JEFFRIES